IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN WADLEY, | |
| Plaintiff, | No. 3:12-cv-1096 |
| v. | (JUDGE CAPUTO) |
| DAUPHIN COUNTY PROBATION & PAROLE, | (MAGISTRATE JUDGE BLEWITT) |
| Defendant. | |

### ORDER

**NOW** this 14th day of August, 2012, upon review of the Report and Recommendation of Magistrate Thomas M. Blewitt (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED**;

(2) The Clerk of Court is directed to docket Plaintiff's present case as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254;

(3) Plaintiff's claim for monetary damages are **DISMISSED WITHOUT PREJUDICE** to be re-filed in a separate § 1983 action; and

(4) This matter is **RECOMMITTED** to Magistrate Judge Blewitt for further proceedings.

FILED
SCRANTON

AUG 1 4 2012

PER _____
DEPUTY CLERK

_____
A. Richard Caputo
United States District Judge