# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN WADLEY,<br><br>Petitioner,<br><br>v.<br><br>DAUPHIN COUNTY PROBATION & PAROLE,<br><br>Respondent. | No. 3:12-CV-1096<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE BLEWITT) |

## ORDER

**NOW** this _28_ th day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 26) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 26) is **ADOPTED.**

(2) Petitioner Justin Wadley's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

(3) Petitioner Justin Wadley's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED.**

(4) The Clerk of Court is directed to mark the case as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge